# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, | Case No.: 2:24-cv-00601-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| CLARK BUILDING GROUP, INC., et al., | |
| Defendants | |

In light of plaintiff Aquatech Corporation's notice of request to transfer (ECF No. 18),

I ORDER the clerk of court to transfer this case to the United States District Court for the Eastern District of Virginia.

DATED this 14th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE